UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON E. TOWNSEND #21158,　　　　　)
　　　Petitioner,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　No. 1:13-cv-488
-v-　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　HONORABLE PAUL L. MALONEY
WILLIE O. SMITH,　　　　　　　　　　)
　　　Respondent.　　　　　　　　　　)
_____)

**JUDGMENT**

Having denied Petitioner Don E. Townsend's motion to apply equitable tolling and seek relief under 28 U.S.C. § 2254, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 26, 2015　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge